**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| GABY FRASER,<br>5713 Eads Street NE<br>Washington, DC 20019<br><br>    Plaintiffs,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br>1680 Capital One Drive<br>Bank of America Center, 16th Floor<br>Mclean, VA 22102-1111<br><br>    Defendant. | Case No.: 1:18-cv-02290-TFH<br><br>Magistrate Judge Thomas F. Hogan |

**NOTICE OF SETTLEMENT**

Plaintiff GABY FRASER notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 8th day of July 2019.

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (866) 329-9217
F: (714) 362-0096
E: JeffL@jolohman.com
Attorney for Plaintiff, GABY FRASER

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2019 I filed Plaintiff GABY FRASER's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
ATTORNEY TO BE NOTICED

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (866) 329-9217
F: (714) 362-0096
E: JeffL@jolohman.com
Attorney for Plaintiff, GABY FRASER

NOTICE OF SETTLEMENT