# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| GABY FRASER,<br>5713 Eads St., NE<br>Washington, DC 20019<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br>1680 Capital One Drive<br>Bank of America Center, 16th Floor<br>Mclean, VA 22102-1111<br><br>　　　　Defendant. | Case No.: 1:18-cv-02290-TFH<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Gaby Fraser ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ John D. Sadler (with permission)*
John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
*COUNSEL FOR DEFENDANT*

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor, (Bar No.: 1008693)
Capital Justice
1717 K Street NW, Suite 900
Washington, DC 20006
Office: (202) 465-0888
Direct: (202) 465-0463
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com
*COUNSEL FOR PLAINTIFF*

- 2 -

*/s/ Jeffrey Lohman*
Jeffrey Lohman
*Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (866) 329-9217
F: (714) 362-0096
E: JeffL@jolohman.com
*COUNSEL FOR PLAINTIFF*

- 2 -

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I certify that on August 26, 2019 I filed Plaintiff GABY FRASER's Joint Stipulation of Dismissal using the CM/ECF system, which will provide notice to the following:

John D. Sadler, DC Bar # 483301
sadlerj@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor, (Bar No.: 1008693)
Capital Justice
1717 K Street NW, Suite 900
Washington, DC 20006
Office: (202) 465-0888
Direct: (202) 465-0463
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com

*/s/ Jeffrey Lohman*
Jeffrey Lohman
*Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (714) 362-0096
E: JeffL@jolohman.com

NOTICE OF SETTLEMENT